# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEESER'S INC., <br><br> Plaintiff, <br><br> vs. <br><br> TYSON FOODS, INC., ET AL., <br><br><br> Defendants. | **Case No.:** <br><br> **Jury Trial Demanded** <br><br> (Related to *In re Broiler Chicken Antitrust Litigation – Case No.: 1:16-cv-08637*) |

## **COMPLAINT**

1. Plaintiff Feeser's Inc. ("Feeser's" or "Plaintiff") is a Pennsylvania corporation with its principal place of business in Harrisburg, Pennsylvania. Feeser's is an independent food distribution company serving the Mid-Atlantic region, with product lines including meat, seafood, beverages, and produce.

2. Feeser's brings this action on its own behalf and as the assignee of Holly Poultry LLC; State Street Poultry & Provisions LLC; A. Esposito Inc.; Hanover Foods Corp.; and Burris Philadelphia, Inc, food-service redistributors that, during the relevant period, purchased Broilers directly from Defendants for resale to Feeser's. Holly Poultry LLC; State Street Poultry & Provisions LLC; A. Esposito Inc.; Hanover Foods Corp.; and Burris Philadelphia, Inc. have assigned claims arising out of those purchases to Feeser's.

3.  Feeser's brings this action under the federal antitrust laws against the Defendants identified below and incorporates by reference the factual allegations and reservations of rights contained in the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, filed in In re Broiler Antitrust Litigation, Civil Action No. 1:16-cv-08637 (ECF 4243; ECF 4244).

4.  Feeser's joins Section II of the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, adding the following to specify Feeser's causes of action and the Defendants in Feeser's action.

| Plaintiff Name | Named Defendants[1] | Named Co-Conspirators | Causes of Action |
|---|---|---|---|
| Feeser's Inc. | Agri Stats; Claxton; Foster Farms; Harrison; House of Raeford; Koch; Mar-Jac; Mountaire; O.K. Foods; Perdue; Pilgrim's Pride; Sanderson; Simmons; Tyson; Wayne; Case | Fieldale; Amick; George's; Peco; Keystone; Allen Harim | Count I (Sherman Act Claim for all Anticompetitive Conduct); Count II (Sherman Act Claim for Output Restriction, Pled in the Alternative to Count I); Count III (Sherman Act Claim for GA Dock Manipulation, Pled in the Alternative to Count I) |

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter joint and several judgments against all Defendants in favor of Plaintiff;

B. Award Plaintiff treble damages, of an amount to be determined at trial, to the maximum extent allowed under the federal antitrust laws;

---

[1] The Defendants named in this Complaint include the entire Defendant family of each Defendant in this table, identified in Section IV.B of CF 4243/ECF 4244.

C. Award Plaintiff post-judgment interest as provided by law, with such interest to be awarded at the highest legal rate;

D. Award Plaintiff its attorneys' fees, litigation expenses, and costs, as provided by law;

E. Grant Plaintiff such other and further relief to which Plaintiff is entitled.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands a trial by jury on all of its claims and issues so triable.

Dated: February 22, 2021

By: */s/ Terence H. Campbell*
Terence H. Campbell
COTSIRILOS, TIGHE, STREICKER, POULAS
& CAMPBELL, LTD.
33 North Dearborn Street
Suite 600
Chicago, IL 60602
Tel: (312) 263-0345
Fax: (312) 263-4670
Email: tcampbell@cotsiriloslaw.com

Lawrence S. Brandman
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Karen C. Dyer
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: lawrence.brandman@cwt.com
      philip.iovieno@cwt.com
      nicholas.gravante@cwt.com
      karen.dyer@cwt.com